**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2015

Mr. Jeffrey Catoe
Beto One Unit
1391 FM 3328
Tennessee Colony, TX 75880

Mr. Christopher Pauley
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

Mr. Tracey Murphy
TDCJ #835047
Beto One Unit
1391 FM 3328
Tennessee Colony, TX 75880

Hon. Jennifer Daniel
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00593-CV
Tr.Ct.No.  B-14-1508-CV-C
Style:    In Re Tracey W. Murphy

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   343rd District Court
      Hon. Zenaida Silva, Bee County District Clerk (DELIVERED VIA E-MAIL)